129 A.3d 1236

**Robert FENNELL, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent.**

**No. 143 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 29, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief, and the common pleas court is **DIRECTED** to dispose of the pending PCRA petition within 90 days.

Justice EAKIN did not participate in the decision of this matter.